424 A.2d 502

**COMMONWEALTH of Pennsylvania**

v.

**Kevin McCULLOUGH, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

Alfonso Tumini, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Lee M. Kaplan, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Order of the Court of Common Pleas of Philadelphia is affirmed.